# SETTLEMENT AGREEMENT AND RELEASE

This Settlement Agreement and Release (the "Settlement Agreement") is made and entered into by and between GEREMIAS REYES and GUADALUPE HERNANDEZ ("Claimants" or "Plaintiffs") and ALDO'S DELI & BAGELS CORP. d/b/a ALDO'S DELI, ADAM'S DELI ON THE CORNER CORP. d/b/a ADAM'S DELI, ADAM'S DELI ON THE CORNER II CORP. d/b/a ADAM'S DELI, LAZARO HERRERA and FRANCISCO MACARENO-VAZQUEZ, (collectively the "Company" or "Defendants"), (Claimants and the Company are jointly referred to in this Settlement Agreement as the "Settling Parties"), as of _____, 20__.

## RECITALS

A.    WHEREAS, on or about July 14, 2017, Claimants filed an action (the "Action") against Company, alleging, *inter alia*, that Company failed to pay them certain wages due in connection with services they performed on its behalf. The aforementioned Action is currently pending in the United States District Court, Eastern District of New York, Case No. 17-CV-4201;

B.    WHEREAS, no court has considered or determined the claims presented;

C.    WHEREAS, Company admits no wrongdoing, nor any liability with respect to Claimants' allegations;

D.    NOW, THEREFORE, in consideration of the foregoing, and in consideration of the covenants, warranties and promises set forth below, receipt of which is hereby acknowledged, the Settling Parties agree as follows:

## AGREEMENT

1.    <u>Consideration</u>. The Settling Parties are entering into this Settlement Agreement in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged.

2.    <u>Settlement Compensation and Release</u>

Company agrees to pay Claimants the settlement amount of $20,000.00 (the "Settlement Amount") by delivering, on or before December 1, 2017, seven (7) separate post-dated checks to Lee Litigation Group, PLLC, 30 East 39th Street, Second Floor, New York, NY 10016, as follows:

a. Dated for January 2, 2018, a check in the amount of $3,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC".

b. Dated for February 1, 2018, a check in the amount of $3,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC".

c. Dated for March 1, 2018, a check in the amount of $3,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC".

    d. Dated for April 1, 2018, a check in the amount of $3,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC".

    e. Dated for May 1, 2018, a check in the amount of $3,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC".

    f. Dated for June 1, 2018, a check in the amount of $3,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC".

    g. Dated for July 1, 2018, a check in the amount of $2,000.00, without any deductions or withholdings, payable to "Lee Litigation Group, PLLC.

Of the Settlement Payment, $7,500.00 shall be allocated to Claimant GUADALUPE HERNANDEZ, $5,500.00 shall be allocated to Claimant GEREMIAS REYES, $6,500.00 shall be allocated as attorneys' fees and $500.00 shall be allocated as attorneys' costs.

To the extent the Action is not yet dismissed upon the receipt of any payment, Plaintiffs' counsel shall retain such amounts in escrow, to be released upon dismissal of the Action.

In the event that Defendants fail to make any of the payments set forth above or a payment does not clear due to lack of funds, Plaintiff shall serve a written notice upon counsel for the Defendants via e-mail ("Default Notice"), and the Defendants shall have five (5) days to cure the default by making payments set forth in this Agreement. Upon Defendants' failure to cure any default within five (5) days of delivery of the Default Notice, the remaining payments shall be accelerated and the full balance of the Settlement Agreement shall be due and payable immediately. Defendants shall also be penalized ten percent (10%) for the unpaid balance, compounded monthly, and accruing from the date such balance is due. After the second event that Defendants fail to make any of the payments set forth above, Plaintiff will no longer be required to provide a Default Notice.

For and in consideration of the payment provided for in this Section 2, subject to the terms and provisions of this Settlement Agreement, Claimants fully, finally, irrevocably and forever release and discharge Company from all wage and hour claims under the FLSA, which Claimants have or may have against Company as of the date of this Agreement. The parties agree that Defendants will only issue a 1099 form to Lee Litigation Group, PLLC, who shall issue 1099 forms to Claimants.

3.    <u>Cooperation</u>. Claimants and Company mutually agree that they will not disparage each other and will say or do nothing to bring discredit upon the other. This paragraph, though, shall not be interpreted to prevent either party from making truthful statements concerning the claims and defenses asserted in this action.

4.    <u>Jurisdiction</u>. The Settling Parties consent that the federal district court where the Action was originally filed will retain jurisdiction over any question or dispute arising out of or pursuant to this Settlement Agreement.

       5.      <u>Headings</u>. The Settling Parties understand and agree that the headings in this Settlement Agreement are for their convenience only, and have no legal significance.

IN WITNESS THEREOF, the Settling Parties hereto evidence their agreement by their signature below.

Each Plaintiff certifies as follows: I have read this agreement or it has been translated for me and I understand completely its contents. *He leído este acuerdo o ha sido traducido para mí y entiendo completamente su contenido.*

_____
**Geremias Reyes**

_____
**Guadalupe Hernandez**

**Aldo's Deli & Bagels Corp.**

By: _____
Name:
Title:

**Adam's Deli on the Corner Corp.**

By: _____
Name:
Title:

**Adam's Deli on the Corner II Corp.**

By: _____
Name:
Title:

_____
**Lazaro Herrera**

_____
**Francisco Macareno-Vazquez**